**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**BAY CITY DIVISION**

| | |
|---|---|
| GORDON MONROE HARMON, | |
| Plaintiff, | Case No. 1:21-cv-11209-GCS-PTM |
| v. | Honorable George Caram Steeh III |
| CREDIT SERVICES, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES GORDON MONROE HARMON ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, CREDIT SERVICES, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: August 11, 2021                                  Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim, Esq. (#6302103)
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that on August 12, 2021, a true and correct copy of the above and foregoing document was filed with the Court and served on all parties requested electronic notification.

                   */s/Nathan C. Volheim*
                   Nathan C. Volheim